**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL FERRO,<br><br>          Plaintiff,<br><br>     v.<br><br>CARMAX BUSINESS SERVICES d/b/a CARMAX AUTO FINANCE; LBS FINANCIAL CREDIT UNION and EQUIFAX INFORMATION SERVICES LLC,<br><br>          Defendant. | Case No. 5:19-cv-02140-JGB-SP<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, JUAN MANUEL FERRO, and Defendant, EQUIFAX INFORMATION SERVICES LLC, by and through their attorneys, having filed with this Court their Stipulation of Dismissal with Prejudice, and the Court having reviewed the same, hereby ORDERED:

1.  Equifax Information Services, LLC is dismissed with prejudice from this action.

Dated: February 4, 2020

_____
Judge, United States District Court

1